USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:________________
DATE FILED: 9/24/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------X
DAVID PLACEK; DP INVESTORS III, LLC; and DP SLF II MEMBER, LLC;

Plaintiffs,

-against-

WILLIAM SHOPOFF, individually, and WILLIAM AND CINDY SHOPOFF, as TRUSTEES FOR THE SHOPOFF REVOCABLE TRUST;

Defendants.
--------------------------------------------------------------X

18-CV-4326 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS the Court ordered this case transferred to the U.S. District Court for the Central District of California [Dkt. 26];

IT IS HEREBY ORDERED that the Court waives the seven-day delay period established by Local Civil Rule 83.1. The Clerk of Court is respectfully instructed to transfer the case immediately.

**SO ORDERED.**

**Date: September 24, 2018**
**New York, New York**

__________________________
**VALERIE CAPRONI**
**United States District Judge**